# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147997(18)

ROBERT REEVES,
　　　　　Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
　　　　　Defendant.

SC: 147997
AGC: 1628-13

_____/

      On order of the Court, the motion for review of taxation of costs is GRANTED pursuant to MCL 600.2445(2), MCR 7.219, and MCR 7.318. In light of the unusual circumstances of this case, in which the defendant Attorney Grievance Commission decided to reopen its file and proceed with a full investigation in response to the plaintiff's complaint and to this Court's April 23, 2014 order directing the AGC to provide a supplemental answer to the complaint, we conclude that the plaintiff improved his position by filing the complaint for superintending control. The Clerk is thus DIRECTED to issue a letter taxing costs of $375 in favor of the plaintiff.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

s0922